1  CARLETON R. BURCH, ESQ.
   Nevada Bar No. 010527
2  crb@amclaw.com
   BRIAN L. BRADFORD, ESQ.
3  Nevada Bar No. 009518
   blb@amclaw.com
4  ANDERSON, McPHARLIN & CONNERS LLP
   601 South Seventh Street
5  Las Vegas, Nevada 89101
   Telephone: (702) 479-1010
6  Facsimile: (702) 479-1025

7  *Attorneys for Defendants Minta Mae Stovall, and*
   *Minta Mae Stovall, Trustee of the Minta Mae*
8  *Stovall Revocable Living Trust*

9

10

11                    **UNITED STATES DISTRICT COURT**

12                        **DISTRICT OF NEVADA**

13  MMSP, LLC, a Nevada Limited Liability        Case No.  2:22-cv-01218-JCM-BNW
    Company,

14            Plaintiff,                          **STIPULATION AND ORDER FOR**
                                                  **EXTENSION OF TIME TO FILE**
15       vs.                                      **RESPONSE TO COMPLAINT**

16  MINTA MAE STOVALL, an individual, and
    MINTA MAE STOVALL, TRUSTEE of the
17  MINTA MAE STOVALL REVOCABLE
    LIVING TRUST,

18            Defendants.

19

20       Defendants MINTA MAE STOVALL and MINTA MAE STOVALL, TRUSTEE of the

21  MINTA MAE STOVALL REVOCABLE LIVING TRUST ("Defendants") and Plaintiff MMSP,

22  LLC ("Plaintiff"), by and through counsel undersigned, hereby stipulate to an extension of time for

23  Defendants to respond to Plaintiff's Complaint (ECF No. 1.)

24       The Complaint was served on Defendants on or about October 19, 2022.  The law firm of

25  Anderson, McPharlin, & Conners, LLP has been recently retained to defend that matter. The

26  additional time therefore is necessary to allow Defendants the opportunity to evaluate and respond

27  to the allegations in the Complaint.

28       The original deadline for a responsive pleading was November 9, 2022.  The parties hereto

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
777 NO. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA 89107
TEL (702) 479-1010 • FAX (702) 479-1025

2631615.1 06282-001

thus stipulate and request an Order that the deadline in which Defendants may file a responsive pleading be extended up to and including November 23, 2022.

DATED this 9th day of November, 2022.

MESSNER REEVES LLP


By    /s/ Scott L. Rogers
   Scott L. Rogers, Esq.
   Nevada Bar No. 013574
   One East Liberty Street, Suite 600
   Reno, Nevada  89501
   Attorney for Plaintiff
   MMSP, LLC, a Nevada LLC

DATED this 9th day of November, 2022.

ANDERSON, McPHARLIN & CONNERS LLP


By

   Carleton R. Burch, Esq.
   Nevada Bar No. 010527
   Brian L. Bradford, Esq.
   Nevada Bar No. 009518
   601 South Seventh Street
   Las Vegas, Nevada  89101
   Attorneys for Defendants Minta Mae Stovall and
   Minta Mae Stovall, Trustee of the Minta Mae
   Stovall Revocable Living Trust


**ORDER**
**IT IS SO ORDERED**

**DATED:** 4:08 pm, November 10, 2022


**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2631615.1 06282-001

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
777 No. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA 89107
TEL (702) 479-1010 • FAX (702) 479-1025

## Maria P. Collins

**To:** Maria P. Collins
**Subject:** FW: Stovall et al adv. MMSP, LLC (14752.0001): Request for Two-Week Extension GRANTED

---

**From:** Scott Rogers <srogers@messner.com>
**Sent:** Tuesday, November 8, 2022 6:08 PM
**To:** Brian L. Bradford <BLB@amclaw.com>
**Cc:** Steven G. Knauss <sknauss@messner.com>; Maria P. Collins <mpc1@amclaw.com>; Carleton Burch <crb@amclaw.com>; Jessica Rogers <JRogers@messner.com>
**Subject:** **EXTERNAL** RE: Stovall et al adv. MMSP, LLC (14752.0001): Request for Two-Week Extension GRANTED

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Brian,

Just one very minor typographical error. On page 2, line 1 it says "Defendant," but it should say "Defendants." With this correction, you may e-sign for me.

SCOTT L. ROGERS
Partner
**Messner Reeves LLP**
**O:** 702.363.5100 **E:** srogers@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

---

**From:** Brian L. Bradford <BLB@amclaw.com>
**Sent:** Tuesday, November 8, 2022 11:23 AM
**To:** Scott Rogers <srogers@messner.com>
**Cc:** Steven G. Knauss <sknauss@messner.com>; Maria P. Collins <mpc1@amclaw.com>; Carleton Burch <crb@amclaw.com>; Jessica Rogers <JRogers@messner.com>
**Subject:** RE: Stovall et al adv. MMSP, LLC (14752.0001): Request for Two-Week Extension GRANTED

**[ EXTERNAL EMAIL ]**

---

Scott:

Attached for your review is a proposed Stip and Order to extend time.  If you have no corrections, please confirm we have your consent to file with your electronic signature.  Thank you again for your cooperation.

Brian L. Bradford, Partner
ANDERSON, McPHARLIN & CONNERS LLP
601 South Seventh Street
Las Vegas, Nevada 89101
Main Tel: (702) 479-1010/Fax:  (702) 479-1025
Direct: (725) 204-8492
blb@amclaw.com
www.amclaw.com

1

## **PROOF OF SERVICE**

**MMSP v. Minta Mae Stovall, et al.**
**USDC, District of Nevada, Northern Division Case No. 2:22-cv-01218-JCM-BNW**

**STATE OF NEVADA, COUNTY OF CLARK**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Clark, State of Nevada.  My business address is 601 S. Seventh Street, Las Vegas, Nevada 89101.

On November 9, 2022, I served true copies of the following document(s) described as **STIPULATION AND ORDER FOR EXTENSION F TIME TO FILE RESPONSE TO COMPLAINT**  on the interested parties in this action as follows:

Scott L. Rogers, Esq.
Steven G. Knauss, Esq.
MESSNER REEVES LLP
One East Liberty Street, Suite 600
Reno, NV  89501
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-Mail: srogers@messner.com
E-Mail: sknauss@messner.com

Richard E. Elder, Esq.
LUBIN OLSON & NIEWIADOMSKI LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
E-Mail: relder@lubinolson.com

Attorneys for Plaintiff MMSP, LLC, a Nevada LLC

Attorneys for Plaintiff MMSP, LLC, a Nevada LLC

**[X] BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address mpc@amclaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[X] BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed on November 9, 2022, at Las Vegas, Nevada.



_____
Maria P. Collins