Steven G. Knauss, Esq.
Nevada Bar No. 12242
MESSNER REEVES LLP
One East Liberty Street, Suite 600
Reno, Nevada 89501
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail: sknauss@messner.com
Attorneys for Plaintiff
MMSP, LLC, a Nevada LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA - NORTHERN DIVISION

| | |
|---|---|
| MMSP, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MINTA MAE STOVALL, an individual, and MINTA MAE STOVALL, TRUSTEE of the MINTA MAE STOVALL REVOCABLE LIVING TRUST,<br><br>Defendants. | Case No. 2:22-cv-01218<br><br>**NOTICE TO REMOVE ATTORNEY STEVEN G. KNAUSS AS ATTORNEY OF RECORD FOR PLAINTIFF** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:

COME NOW PLAINTIFF MMSP, LLC, hereby notifies the Court that Steven G. Knauss, Esq., with the office of MESSNER REEVES is no longer affiliated as counsel for Plaintiff and should be removed from the Court's file and service list.

DATED this 24th day of May, 2023.

MESSNER REEVES LLP

By: /s/ Steven G. Knauss
Steven G. Knauss, Esq.
Nevada Bar No. 12242
One East Liberty Street, Suite 600
Reno, Nevada 89501
*Attorney for Plaintiff*
*MMSP, LLC, a Nevada LLC*

**IT IS SO ORDERED**

**DATED:** 8:36 pm, May 25, 2023

[signature]

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**