CARLETON R. BURCH, ESQ.
Nevada Bar No. 10527
crb@amclaw.com
VINCENT JOHN JAMES ROMEO, ESQ.
Nevada Bar No. 9670
vjjr@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
601 S. Seventh Street
Las Vegas, NV 89101
Telephone:	(702) 479-1010
Facsimile:	(702) 479-1025

JANET E. HUMPHREY, ESQ. (admitted pro hac vice)
California Bar No. 149031
jhumphrey@srchlaw.com
THUY NGUYEN, ESQ. (admitted pro hac vice)
California Bar No. 327586
tnguyen@srchlaw.com
SONGSTAD RANDALL COFFEE & HUMPHREY LLP
3200 Park Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:	(949) 757-1600
Facsimile:	(949) 757-1613

Attorneys for Defendants, Counter Claimants and
Third Party Plaintiffs, MINTA MAE STOVALL, an individual
and MINTA MAE STOVALL TRUSTEE OF THE
MINTA MAE STOVALL REVOCABLE LIVING TRUST

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CLARK COUNTY, NEVADA

| | |
|---|---|
| MMSP LLC, a Nevada Limited Liability Company,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MINTA MAE STOVALL, an individual, and MINTA MAE STOVALL, TRUSTEE of the MINTA MAE STOVALL REVOCABLE LIVING TRUST,<br><br>　　　　　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIM AND 3RD PARTY COMPLAINT | **Case No.: 2:22-cv-01218-JCM-BNW**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Plaintiffs MMSP, LLC and GERALD R. ALDERSON ("Plaintiffs") and Defendants, Counter Claimants, and Third-Party Plaintiffs, MINTA MAE STOVALL, an individual and MINTA MAE STOVALL TRUSTEE OF THE MINTA MAE STOVALL REVOCABLE LIVING TRUST ("Defendants") (Plaintiffs and Defendants are hereinafter collectively referred to as "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs filed their First Amended Complaint on or about May 16, 2024;

2. Defendants were served with Plaintiffs' First Amended Complaint on May 16, 2024, and their response to the First Amended Complaint is currently due on May 30, 2024;

3. Due to schedule conflicts of Defendants' counsel, Defendants requested that Plaintiffs stipulate to allow additional time for Defendants to file their response to the First Amended Complaint. Pursuant to Defendants' request, the Parties have agreed that Defendants shall have an additional seven (7) days to respond to the First Amended Complaint;

4. This is the Parties' first stipulation for an extension of time for Defendants to respond to the First Amended Complaint, and this request is not being made for purposes of delay or any other improper reason.

IT IS HEREBY STIPULATED that Defendants shall have up to and including **June 6, 2024** within which to file their response to Plaintiffs' First Amended Complaint filed on May 16, 2024.

IT IS SO STIPULATED.

Dated: May __29__, 2024

LUBIN OLSON & NIEWIADOMSKI LLP

By _____
Richard E. Elder
Nevada Bar No. 15727
Cruz Rocha (admitted pro hac vice)
California Bar No. 279293
Attorneys for Plaintiffs
MMSP, LLC and GERALD R. ALDERSON

Dated: May  29 , 2024

SONGSTAD RANDALL
COFFEE & HUMPHREY LLP

By _____
JANET E. HUMPHREY (admitted pro hac vice)
California Bar No. 149031
THUY NGUYEN (admitted pro hac vice)
California Bar No. 327586
3200 Park Center Drive, Suite 950
Costa Mesa, California 92626
Attorneys for Defendants, Counter Claimants and Third Party Plaintiffs, MINTA MAE STOVALL, an individual and MINTA MAE STOVALL TRUSTEE OF THE MINTA MAE STOVALL REVOCABLE LIVING TRUST

## ORDER

Based upon the foregoing stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that Defendants, Counter Claimants, and Third-Party Plaintiffs, MINTA MAE STOVALL, an individual and MINTA MAE STOVALL TRUSTEE OF THE MINTA MAE STOVALL REVOCABLE LIVING TRUST shall have up to and including June 6, 2024 within which to file their response to Plaintiffs MMSP, LLC and GERALD R. ALDERSON's First Amended Complaint.

**IT IS SO ORDERED.**

Dated: May 30, 2024

_____
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE
*MMSP, LLC v. Minta Mae Stovall, et al.*
**USDC, District of Nevada, Northern Division Case No. 2:22-cv-01218-JCM-BNW**

I am employed in the County of Orange, State of California, over the age of eighteen years, and not a party to the within action. My business address is 3200 Park Center Drive, Suite 950, Costa Mesa, California 92626 and my email address is jnelson@srchlaw.com.

On the date set forth below, I served the foregoing copy of the document(s) described as **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT** as follows:

☒ **By Electronic Service –CM/ECF**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **By Mail**: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Songstad Randall Coffee & Humphrey LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

☐ **By E-Mail Or Electronic Transmission**: I caused a copy of the document(s) to be sent from e-mail address jnelson@srchlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**SEE ATTACHED SERVICE LIST**

☒ I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court as those direction the service was made.

Executed on **May 29, 2024**, at Costa Mesa, California.

_Julie Nelson_
Julie Nelson

# SERVICE LIST
*MMSP, LLC v. Minta Mae Stovall, et al.*
USDC, District of Nevada, Northern Division Case No. 2:22-cv-01218-JCM-BNW

| | |
|---|---|
| Scott L. Rogers, Esq.<br>MITCHELL ROGERS<br>2020 W. Sunset Road<br>Henderson, NV 89014 | Telephone No.: (702) 702-2622<br>Facsimile No.: (702) 505-8860<br>E-Mail: scott@mitchellrogerslaw.com<br><br>Attorneys for Plaintiff, MMSP, LLC, a Nevada LLC |
| Richard E. Elder, Esq.<br>Dennis Miller, Esq.<br>Cruz Rocha, Esq.<br>LUBIN OLSON & NIEWIADOMSKI LLP<br>Transamerica Pyramid<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111 | Telephone: (415) 981-05 50<br>Facsimile: (415) 981-4343<br>E-Mail:<br>relder@lubinolson.com<br>dmiller@lubinolson.com<br>crocha@lubinolson.com<br><br>Attorneys for Plaintiff MMSP, LLC, a Nevada LLC and Gerald R. Alderson, an individual |
| Carleton R. Burch, Esq.<br>Vincent John James Romeo, Esq.<br>Maria Collins<br>ANDERSON, MCPHARLIN & CONNERS LLP<br>601 S. Seventh Street<br>Las Vegas, NV 89101 | Telephone: (702) 479-1010<br>Facsimile: (702) 479-1025<br>Email:<br>crb@amclaw.com<br>vjjr@amclaw.com<br>mpc1@amclaw.com<br><br>Co-counsel for Defendants and Counter Claimants, MINTA MAE STOVALL, an individual and MINTA MAE STOVALL Trustee of the Minta Mae Stovall Revocable Living Trust |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**