# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MMSP, LLC, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Minta Mae Stovall, et al.,<br><br>        Defendant. | Case No. 2:22-cv-01218-GMN-BNW<br><br>**ORDER GRANTING MOTION TO ORDER NON-PARTY CONSUMER REPORTING AGENCIES TO FURNISH DOCUMENTS IN RESPONSE TO SUBPOENAS (ECF No. 176)** |

After full consideration of the matter, including all pleadings and papers filed, and good cause appearing, this Court orders as follows:

1. Within fifteen days of this Order, Experian PLC is ordered to furnish all records commanded by MMSP's subpoena to Experian PLC dated January 14, 2025.

2. Within fifteen days of this Order, Equifax Information Services, LLC is ordered to furnish all records commanded by MMSP's subpoena to Equifax Information Services, LLC dated January 14, 2025.

3. Within fifteen days of this Order, TransUnion, LLC is ordered to furnish all records commanded by MMSP's subpoena to TransUnion, LLC dated January 14, 2025.

IT IS THEREFORE ORDERED that Plaintiffs' Motion (ECF No. 176) is GRANTED.

DATED: February 19, 2025

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE