# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MMSP, LLC, a Nevada Limited Liability Company, et al.,

    Plaintiff(s),

vs.

MINTA MAE STOVALL, an individual, et al.,

    Defendant(s).

Case # 2:22-cv-01218

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Craig A. Kisylia___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

___Lubin Olson & Niewiadomski LLP___
(firm name)

with offices at ___600 Montgomery Street, 14th Floor___,
(street address)

___San Francisco___, ___California___, ___94111___,
(city) (state) (zip code)

___(415) 981-0550___, ___ckisylia@lubinolson.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___MMSP, LLC and Gerald R. Alderson___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since June 3, 2019 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C., Northern District of California | July 15, 2025 | 325702 |
| U.S.D.C., Central District of California | December 10, 2020 | 325702 |
| U.S.D.C., Eastern District of California | December 13, 2024 | 325702 |
| U.S.D.C., Southern District of California | December 13, 2024 | 325702 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Bar Association of San Francisco

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF   California   )
COUNTY OF   San Francisco   )

   Craig A. Kisylia   , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

  22  day of  August  ,  2025  .

_____
Notary Public or Clerk of Court

ROBERT RIVERA JR.
Notary Public - California
San Francisco County
Commission # 2514725
My Comm. Expires Mar 20, 2029

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate   Scott L. Rogers  ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

   9480 S. Eastern Ave #236   ,
(street address)

   Las Vegas   ,    Nevada   ,   89123   ,
(city)                                      (state)                         (zip code)

702-702-2622
~~(702) 718-8014~~   ,    scott@mriattorney.com   .
(area code + telephone number)         (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Scott L. Rogers_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Gerald R. Alderson, manager of MMSP, LLC
(type or print party name, title)

_____
(party's signature)

Gerald R. Alderson
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

13574                scott@mriattorney.com
Bar number           Email address

APPROVED:

Dated: this __27__ day of __August__, 20_25_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )
County of San Francisco      )

On August 22, 2025, before me, Robert Rivera Jr, Notary Public, personally appeared Craig A Kisylia, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

ROBERT RIVERA JR.
Notary Public - California
San Francisco County
Commission # 2514725
My Comm. Expires Mar 20, 2029

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

December 12, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CRAIG ANDREW KISYLIA, #325702 was admitted to the practice of law in this state by the Supreme Court of California on June 3, 2019 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Carolina Almarante-Terrero*

Carolina Almarante-Terrero
Custodian of Records

## PROOF OF SERVICE

*MMSP, LLC v. Minta Mae Stovall, et al.*
Case No. 2:22-cv-01218-GMN-MDC

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sonoma, State of California. My business address is The Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, CA 94111.

On August 22, 2025, I served true copies of the following document(s) described as

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 22, 2025, at Santa Rosa, California.

_____
Cheryl Bower

PROOF OF SERVICE

**SERVICE LIST**
*MMSP, LLC v. Minta Mae Stovall, et al.*
Case No. 2:22-cv-01218-GMN-MDC

| | |
|---|---|
| Carleton R. Burch<br>Vincent Romeo<br>Maria Collins<br>ANDERSON, MCPHARLIN & CONNERS LLP<br>601 South Seventh Street<br>Las Vegas, NV 89101<br>Email: crb@amclaw.com;<br>        vjjr@amclaw.com;<br>        mpc1@amclaw.com | Attorneys for Defendants<br>Minta Mae Stovall, and Minta Mae<br>Stovall, trustee of the Minta Mae Stovall<br>Revocable Living Trust |
| Janet E. Humphrey<br>William Coffee<br>Thuy Nguyen<br>RANDALL COFFEE & HUMPHREY LLP<br>3200 Park Center Drive, Suite 950<br>Costa Mesa, CA 92626<br>Email: jhumphrey@srchlaw.com<br>        JNelson@srchlaw.com<br>        tnguyen@srchlaw.com<br>        bcoffee@srchlaw.com | Attorneys for Defendants<br>Minta Mae Stovall, and Minta Mae<br>Stovall, trustee of the Minta Mae Stovall<br>Revocable Living Trust |
| Scott L. Rogers<br>MITCHELL ROGERS<br>9480 S. Eastern Ave., #236<br>Las Vegas, NV 89123<br>Telephone: (702) 702-2622<br>Facsimile: (702) 505-8860<br>Email: scott@mriattorney.com | Attorneys for Plaintiff<br>MMSP, LLC, a Nevada LLC |
| Michael R. Brooks<br>Mark T. Lounsbury<br>GHIDOTTI | BERGER LLP<br>7251 W. Lake Mead Blvd., Ste 470<br>Las Vegas, NV 89128<br>Email: mbrooks@ghidottiberger.com;<br>        mlounsbury@ghidottiberger.com | Attorneys for Defendant SUSANNA I.<br>PETTIS |